B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Pennsylvania - Johnstown Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Perfetti Trucking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**25-1568100** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**186 Perfetti Lane**<br>**Blairsville, PA**<br>ZIP Code **15717-7686** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Indiana** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as   business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) <span style="float:right">Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Perfetti Trucking, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ <br> (Name of landlord that obtained judgment) |
| _____ <br> (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Perfetti Trucking, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kevin J. Petak, Esq.** _____
Signature of Attorney for Debtor(s)

**Kevin J. Petak, Esq. PA ID# 92154**
Printed Name of Attorney for Debtor(s)

**Spence, Custer, Saylor, Wolfe & Rose, LLC**
Firm Name

**P.O.Box 280**
**400 Ameriserv Financial Building**
**Johnstown, PA 15907-0280**

Address

**Email: jwalsh@spencecuster.com**
**(814) 536-0735  Fax: (814) 539-1423**
Telephone Number

**February 24, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John A. Perfetti** _____
Signature of Authorized Individual

**John A. Perfetti**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 24, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Western District of Pennsylvania - Johnstown Division

In re    **Perfetti Trucking, Inc.**                                                    Case No.

Debtor(s)                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>PO Box 1270<br>Newark, NJ 07101 | American Express<br>PO Box 1270<br>Newark, NJ 07101 | Business Expenses | | 14,625.49 |
| Central Hydraulics, Inc.<br>4183 Cove Mountain Road<br>Roaring Spring, PA 16673 | Central Hydraulics, Inc.<br>4183 Cove Mountain Road<br>Roaring Spring, PA 16673 | Filters for Trucks | | 817.31 |
| CitiBusiness Card<br>Processing Center<br>Des Moines, IA 50363-0005 | CitiBusiness Card<br>Processing Center<br>Des Moines, IA 50363-0005 | Business Expenses | | 18,679.13 |
| CRS, Inc.<br>890 Old William Penn Highway<br>Blairsville, PA 15717 | CRS, Inc.<br>890 Old William Penn Highway<br>Blairsville, PA 15717 | Moved Phone System to other office | | 2,784.58 |
| Davis Lane<br>176 Kennel Road<br>Waynesburg, PA 15370 | Davis Lane<br>176 Kennel Road<br>Waynesburg, PA 15370 | Independant Contractor | | 37,107.66 |
| Fleet One<br>5042 Linbar Drive<br>Nashville, TN 37211 | Fleet One<br>5042 Linbar Drive<br>Nashville, TN 37211 | Fuel Expenses | | 26,863.78 |
| Good Tire Service<br>13616 State Route 422<br>Kittanning, PA 16201 | Good Tire Service<br>13616 State Route 422<br>Kittanning, PA 16201 | Tire Expenses | | 14,334.00 |
| Goodyear Commercial Tire<br>7565 Rt 30<br>Ste. 200<br>Irwin, PA 15642 | Goodyear Commercial Tire<br>7565 Rt 30<br>Ste. 200<br>Irwin, PA 15642 | Tire Purchases | | 4,999.27 |
| H&P Sales & Service, Inc.<br>399 East U.S. 30<br>Valparaiso, IN 46383 | H&P Sales & Service, Inc.<br>399 East U.S. 30<br>Valparaiso, IN 46383 | Front End Loader Repair | | 8,928.63 |
| Health America<br>P.O. Box 67103<br>Harrisburg, PA 17106 | Health America<br>P.O. Box 67103<br>Harrisburg, PA 17106 | Health insurance premium | | 9,657.82 |
| Interstate Battery Sys. of NE<br>103 Sandy Creek Road<br>Verona, PA 15147 | Interstate Battery Sys. of NE<br>103 Sandy Creek Road<br>Verona, PA 15147 | Batteries | | 1,095.40 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.**                Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Lynx Enterprises, Inc.<br>2184 Schlichter Drive<br>Hamilton, OH 45015 | Lynx Enterprises, Inc.<br>2184 Schlichter Drive<br>Hamilton, OH 45015 | Preassure Washer Repair | | 2,143.56 |
| Pennview Equipment Co., Inc.<br>592 Penn View Road<br>Blairsville, PA 15717 | Pennview Equipment Co., Inc.<br>592 Penn View Road<br>Blairsville, PA 15717 | Truck Repairs | | 6,339.62 |
| PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | PNC Bank<br>PO Box 856177<br>Louisville, KY 40285 | Business Expenses | | 8,749.86 |
| S&T Bank<br>P.O. Box 190<br>Indiana, PA 15701 | S&T Bank<br>Resort Plaza Office<br>111 Resort Plaza Drive<br>Blairsville, PA 15717 | Working Capital for Business | | 8,502.23 |
| Satterlee Leasing, Inc.<br>12475 Route 119 Hwy North<br>Rochester Mills, PA 15771 | Satterlee Leasing, Inc.<br>12475 Route 119 Hwy North<br>Rochester Mills, PA 15771 | Fuel Expenses | | 38,000.00 |
| Shamrock Utility Trls, Inc.<br>500 North Center Street<br>New Stanton, PA 15672 | Shamrock Utility Trls, Inc.<br>500 North Center Street<br>New Stanton, PA 15672 | Repairs | | 1,289.30 |
| Union Electric Steel<br>726 Bell Avenue<br>Carnegie, PA 15106 | Union Electric Steel<br>726 Bell Avenue<br>Carnegie, PA 15106 | Advance on Freight | | 30,000.00 |
| Yoder Equipment & Service<br>8339 Somerset Pike<br>Boswell, PA 15531 | Yoder Equipment & Service<br>8339 Somerset Pike<br>Boswell, PA 15531 | Equipment | | 1,558.09 |
| Young's Sandblasting<br>900 Shady Grove Road<br>New Florence, PA 15944 | Young's Sandblasting<br>900 Shady Grove Road<br>New Florence, PA 15944 | Trailer Repair | | 4,862.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 24, 2015**          Signature  **/s/ John A. Perfetti**

                                       **John A. Perfetti**<br>                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

.

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re   **Perfetti Trucking, Inc.**                 ,      Case No. _____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,100,000.00 | | |
| B - Personal Property | Yes | 7 | 963,373.38 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 1,655,667.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 29,891.99 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 281,921.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 2,063,373.38 | | |
| Total Liabilities | | | | 1,967,481.12 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re    **Perfetti Trucking, Inc.** _____ ,    Case No. _____
Debtor

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Perfetti Trucking, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial Property: located at 186 Perfetti Lane, Blairsville PA, 15717-7686 located in Indiana County, Township of Burrell as described in deed dated January 1, 1998, Recorded at the recorder of Deeds of Indiana County on February 13, 1998 in Deed Book Volume 1122 page 573-577 Consisting of 5 Tax Parcels. Value based on appraisal done in 2011 by L. James Fink dated September 8, 2011.** | **Fee simple** | - | **1,100,000.00** | **1,337,646.75** |

|  |  |
|---|---|
| Sub-Total > | **1,100,000.00** (Total of this page) |
| Total > | **1,100,000.00** |

 **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Perfetti Trucking, Inc.** _____,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Marion Center Bank Checking Account** | - | 100.00 |
| | | **PNC Bank Checking Account** | - | 2.81 |
| | | **S&T Bank Checking Account** | - | 3,804.69 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life Insurance policy through Sun America Policy number ending in 4688 on John A. Perfetti, President of Perfetti Trucking, Inc. with a death benefit of $200,000.00 Value listed is the cash value as of July 9, 2014.** | - | 10,800.00 |
| | | **Whole Life Insurance through Sun America Policy No. ending in 4689 on John A. Perfetti, President of Perfetti Trucking, Inc. with a death benefit of $200,000.00 Value listed is the cash value as of July 9, 2014.** | - | 10,800.00 |
| | | | Sub-Total >
(Total of this page) | 25,507.50 |

__6__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **110 Shares of Allstate Stock, Valued at $66.92 per share as of 2/10/2015** | - | 7,361.20 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables as of 2/11/2015** | - | 169,128.68 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **176,489.88**
(Total of this page)

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __**Perfetti Trucking, Inc.**_____,      Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Freight Truck JD-2000 Vin number ending in 6074, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 20,000.00 |
| | | **1995 Freight Truck JD-9500 VIN No. ending in 8170, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |
| | | **1999 Freight Truck PT-9912 VIN No. ending in 7892, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |
| | | **1999 Freight Truck PT-9915 VIN No. ending in 7895, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |
| | | **1999 Freight Truck PT-9917 Vin No. ending in 7897, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |
| | | **1999 Freight Truck PT-9918, Vin no. ending in 7898, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |
| | | **1999 Freight Truck PT-9926 Vin No. ending in 7906, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |

Sub-Total >          65,000.00
(Total of this page)

Sheet __**2**__ of __**6**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Perfetti Trucking, Inc.**                                          Case No. _____
                                             ,
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1999 Freight Truck PT-9929 Vin no. ending in 7909, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9932 Vin no. ending in 7912, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9935, Vin no. ending in 7915, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9937 Vin no. ending 7917, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9940 Vin no. ending in 7920, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9949 Vin no, ending in 7929, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Frieght Truck PT-9950 Vin no. ending in 7930, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9953 Vin no. ending in 7933, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1999 Freight Truck PT-9954 Vin no. ending in 7934, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 7,500.00 |
| | | 1986 Ford Truck PDT-01 Vin no. ending in 5456, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 10,000.00 |
| | | 2003 Dodge Truck P-02 Vin no. ending in 8316, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 2,300.00 |
| | | 2012 Dodge Truck P-14 Vin no. ending in 1889, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 27,000.00 |

Sub-Total >    106,800.00
(Total of this page)

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2014 Ford P-15 Vin no. ending in 9539, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 42,500.00 |
| | | **1992 Hyster YV-01 Vin no. ending in 933N** | - | 7,500.00 |
| | | **1979 Petibone YV-02 Vin no. ending in 7362** | - | 40,000.00 |
| | | **1997 Hyster YV-07 Vin no. ending in 934U, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 18,000.00 |
| | | **1982 Caterpillar YV-08 Vin no. ending in 2472, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 30,000.00 |
| | | **1992 Summit- Dump Trailer PD-299 Vin no. ending in 7942, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 12,000.00 |
| | | **2006 Borco Trailer PST-437 Vin no. ending in 3001, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 17,500.00 |
| | | **2006 Borco Trailer PST-438 Vin no. ending in 3002, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 17,500.00 |
| | | **1988 Raven Trailer PT-246 Vin no. ending in 0356, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 7,500.00 |
| | | **1990 Raven Trailer PT-270 Vin no. ending in 0239, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 10,000.00 |
| | | **1999 Reitinouer Trailer PT-418 Vin no. ending in 5055, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 10,000.00 |
| | | **2006 Utility Trailer PT-419 Vin no. ending in 8301, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 11,000.00 |
| | | **2006 Utility Trailer PT-420 Vin no. ending in 8302, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 11,000.00 |
| | | **2006 Utility Trailer PT-421 Vin no. ending in 8303, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 11,000.00 |

Sub-Total >   245,500.00
(Total of this page)

Sheet **4** of **6** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Perfetti Trucking, Inc.**                                          ,       Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2006 Utility Trailer PT-422 Vin no. ending in 8304, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 11,000.00 |
| | | 2006 Utility Trailer PT-423 Vin no. ending in 8305, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 10,000.00 |
| | | 2006 Utility Trailer PT-424, Vin no. 8306, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 11,000.00 |
| | | 2009 Utility Trailer PT-445, Vin no. ending in 3604, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 18,000.00 |
| | | 2009 Utility Trailer PT-446, Vin no. ending in 3605, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 18,000.00 |
| | | 2009 Utility Trailer PT-447 Vin no. ending in 3606, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 18,000.00 |
| | | 2010 Utility Trailer PT-448 Vin no. ending in 6107, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 20,000.00 |
| | | 2010 Utility Trailer PT-449 Vin no. ending in 6108, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 20,000.00 |
| | | 2010 Utility Trailer PT-450 Vin no. ending in 6109, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 20,000.00 |
| | | 2007 Fontaine Trailer PT-456, Vin no. ending in 0141, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 24,750.00 |
| | | 2007 Fontaine Trailer PT-457, Vin no. ending in 0140, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 24,750.00 |
| | | 2011 Reitnouer Trailer PT-458, Vin no. ending in 4155, located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | - | 45,000.00 |

Sub-Total >     240,500.00
(Total of this page)

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Perfetti Trucking, Inc.**                                            ,          Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2014 Ford F150 Vin no. ending in 9539 with 9,000 miles in very good condition, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 31,068.00 |
| | | **2012 Dodge Durango Vin No. ending in 6470, with 41,000 miles in good condition; located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 21,709.00 |
| | | **2003 Dodge Pickup, 120,000 miles in poor condition, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 2,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture, Computers, Copier, and Scanner, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 8,499.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Shop equipment, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 10,000.00 |
| 30. Inventory. | | **Garage Inventory, Includes Parts and Tires etc., located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | - | 30,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         103,576.00
(Total of this page)
Total >         963,373.38

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Perfetti Trucking, Inc.**                                                                    Case No. _____
_____
                                                   Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

Sheet 1 of 7 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re   **Perfetti Trucking, Inc.**
         Debtor(s)
                                         Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxxxx2814**<br><br>**CIT Finance LLC**<br>**1 CIT Drive**<br>**Livingston, NJ 07039** | N A | | 10/26/2011<br><br>UCC-1<br><br>**Finance Lease, Equipment now or hereafter acquired, which is sold to Debtor by Secured Party pursuant to Lease No. X684462, including, but not limited to IP Office(500), software, support, maintenance and services and all attachments, accessions, additions, substitutions, products, replacements, and rentals and a right to use license for any software related to any of the foregoing, and proceeds therefrom (including insurance proceeds) as well as any credits or refunds Lessee may obtain from the Seller, provider or licensor of any of the foregoing.** | | | | | |
| | | | VALUE         **$0.00** | | | | $528.48 | $528.48 |
| ACCOUNT NO. **xxxxxxxxx4529**<br><br>**J D Factors, LLC**<br>**301 South Country Farm Road**<br>**Wheaton, IL 60187** | N A | | 1/10/2013<br><br>UCC-1<br><br>**Accounts, General Intangibles, Chattel Paper, Electronic Chattel Paper, Instruments, Deposit Accounts, Investment Property, Letters of Credit, Letters of Credit Rights, All Proceeds of the Foregoing and all books, records and computer data relating to the foregoing.** | | | | | |
| | | | VALUE   **$2,441,773.38** | | | | $188,427.26 | $0.00 |

Sheet 2 of 7 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Perfetti Trucking, Inc.** _____     Case No. _____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xx4033**<br><br>Liberty Financial Group, Inc.<br>7 Church Road<br>Hatfield, PA 19440 | | N A | 9/15/2010<br><br>Trailer Loan<br><br>2010 Unity Trailer PT-448 Vin No. ending in 6107; 2010 Utility Trailer PT-449 Vin no. ending in 6108; 2010 Utility Trailer PT-450 Vin no. ending in 6109 | | | | | |
| | | | VALUE                 **$60,000.00** | | | | **$7,156.22** | **$0.00** |
| ACCOUNT NO.<br><br>M&T Bank<br>Installment Loan Operations<br>One Fountain Plaza, PO Box 4005<br>Buffalo, NY 14240 | | N A | 5/8/2012<br><br>Automobile Loan<br><br>2012 Dodge Durango Vin No. ending in 6470, with 41,000 miles in good condition; located at 186 Perfetti Lane, Blairsville, PA 15717-7686 | | | | | |
| | | | VALUE                 **$21,709.00** | | | | **$29,971.29** | **$29,971.29** |

Sheet 3 of 7 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __**Perfetti Trucking, Inc.**_____     Case No. _____
                         Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| ACCOUNT NO. **251568100** | X | N A | | | **10/25/2011** | | | | $615,930.06 | $0.00 |
| | | | | | **Mortgage dated October 25, 2011 in the original principal amount of $831,000.00 & UCC-1** | | | | | |
| | | | | | **Commercial Property: located at 186 Perfetti Lane, Blairsville PA, 15717-7686 located in Indiana County, Township of Burrell as described in deed dated January 1, 1998, Recorded at the recorder of Deeds of Indiana County on February 13, 1998 in Deed Book Volume 1122 page 573-577 Consisting of 5 Tax Parcels. Value based on appraisal done in 2011 by L. James Fink dated September 8, 2011.** | | | | | |
| | | | | | **All inventory, equipment, accounts (including but not limited to all health-care-insurance recievables) chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oils, gas, other minerals and accounts consisting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs,** | | | | | |

Sheet 4 of 7 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.**                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Marion Center Bank** **Indiana Office** **1271 Indian Springs Road** **PO Box 130** **Indiana, PA 15701-0130** | | | | | supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property. | | | | | |
| | | | | | VALUE            **$2,441,773.38** | | | | | |
| ACCOUNT NO. **RBS Citizens** **1000 La Fayette Gill** **Bridgeport, CT 06604** | | N | A | | 5/14/2014 **Automobile Loan** **2014 Ford F150 Vin no. ending in 9539 with 9,000 miles in very good condition, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | | | | | |
| | | | | | VALUE            **$31,068.00** | | | | **$45,918.76** | **$14,850.76** |

Sheet 5 of 7 total sheets in Schedule of Creditors Holding Secured Claims

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Perfetti Trucking, Inc.**                                    Case No. _____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx494-1**<br><br>**Stearns Bank, N.A. Equipment and Finance Division 500 13th Street PO Box 750 Albany, MN 56307** | | N A | | | 8/25/2010<br><br>**Trailer Loan**<br><br>**2009 Utility Trailer PT-445, Vin no. ending in 3604; 2009 Utility Trailer PT-446 Vin no. ending in 3605; 2009 Utility Trailer PT-447 Vin no. ending in 3606** | | | | | |
| | | | | | VALUE         **$54,000.00** | | | | **$6,608.63** | **$0.00** |
| ACCOUNT NO.<br><br>**Tri-State Trailer Sales, Inc. 311 Grand Avenue Pittsburgh, PA 15225** | | N A | | | 5/13/13<br><br>**Trailer Loan**<br><br>**2011 Reitnouer Maxmiser Trailer  Vin no. ending in 4155; 2007 Fontaine Phantom Trailer Vin no. ending in 0141; 2007 Fontaine Phantom Trailer Vin no. ending in 0140** | | | | | |
| | | | | | VALUE         **$94,500.00** | | | | **$39,409.84** | **$0.00** |
| ACCOUNT NO. **2010120605036**<br><br>**John A. Perfetti 151 11th Street, PO Box 37 Lucernemines, PA 15754** | | N A | | | 12/6/2010<br><br>**UCC-1**<br><br>**All Goods, Equipment, Inventory, Fixtures, and other tangible property now existing or hereafter acquired or created; and all account instruments, general intangibles, chattel paper, documents, chosen in action, contract rights and other intangible property now existing or hereafter acquired or created, and all books and records pertaining thereto, including but not limited to, accounts recievable.** | | | | | |
| | | | | | VALUE         **$2,441,773.38** | | | | **$721,716.69** | **$0.00** |

Sheet 6 of 7 total sheets in Schedule of Creditors Holding Secured Claims

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Perfetti Trucking, Inc.**                                                    Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | Total(s) (Use only on last page) | | | | **$1,655,667.20** | **$270,588.36** |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 7 of 7 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07)

In re    **Perfetti Trucking, Inc.**                                                    , Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxxxxx2814  <br><br>**CIT Finance LLC**  <br>**1 CIT Drive**  <br>**Livingston, NJ 07039** | | - | | | **10/26/2011**  <br><br>**UCC-1**  <br><br>**Finance Lease, Equipment now or hereafter acquired, which is sold to Debtor by Secured Party pursuant to Lease No. X684462** | | | | | |
| | | | | | Value $             0.00 | | | | 528.48 | 528.48 |
| Account No. xxxxxxxx4529  <br><br>**J D Factors, LLC**  <br>**301 South Country Farm Road**  <br>**Wheaton, IL 60187** | | - | | | **1/10/2013**  <br>**UCC-1**  <br>**Accounts, General Intangibles, Chattel Paper, Electronic Chattel Paper, Instruments, Deposit Accounts, Investment Property, Letters of Credit, Letters of Credit Rights, All Proceeds of the Foregoing and all books, records** | | | | | |
| | | | | | Value $             0.00 | | | | 188,427.26 | 188,427.26 |
| Account No.  <br><br>**John A. Perfetti**  <br>**151 11th St**  <br>**P.O. Box 37**  <br>**Lucernemines, PA 15754** | | - | | | **10/1/2010**  <br>**UCC-1**  <br>**Commercial Property:  located at 186 Perfetti Lane, Blairsville PA, 15717-7686 located in Indiana County, Township of Burrell as described in deed dated January 1, 1998, Recorded at the recorder of Deeds of Indiana County on** | | | | | |
| | | | | | Value $       1,100,000.00 | | | | 721,716.69 | 0.00 |
| Account No. xx4033  <br><br>**Liberty Financial Group, Inc.**  <br>**7 Church Road**  <br>**Hatfield, PA 19440** | | - | | | **9/15/2010**  <br><br>**Trailer Loan**  <br><br>**2010 Unity Trailer PT-448 Vin No. ending in 6107; 2010 Utility Trailer PT-449 Vin no. ending in 6108; 2010 Utility Trailer PT-450 Vin no. ending in 6109** | | | | | |
| | | | | | Value $          60,000.00 | | | | 7,156.22 | 0.00 |

__1__ continuation sheets attached

|  | Subtotal  <br>(Total of this page) | 917,828.65 | 188,955.74 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Perfetti Trucking, Inc.** _____ ,    Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 5/8/2012 | | | | | |
| **M&T Bank** **Installment Loan Operations** **One Fountain Plaza, PO Box 4005** **Buffalo, NY 14240** | | | **Automobile Loan** **2012 Dodge Durango** | | | | | |
| | | | Value $  **0.00** | | | | **29,971.29** | **29,971.29** |
| Account No. 251568100 | | | 10/25/2011 Mortgage & UCC-1 | | | | | |
| **Marion Center Bank** **Indiana Office** **1271 Indian Springs Road** **PO Box 130** **Indiana, PA 15701-0130** | X | - | **Commercial Property:  located at 186 Perfetti Lane, Blairsville PA, 15717-7686 located in Indiana County, Township of Burrell as described in deed dated January 1, 1998, Recorded at the recorder of Deeds of Indiana County on** | | | | | |
| | | | Value $  **1,100,000.00** | | | | **615,930.06** | **237,646.75** |
| Account No. | | | 5/14/2014 | | | | | |
| **RBS Citizens** **1000 La Fayette Gill** **Bridgeport, CT 06604** | | - | **Automobile Loan** **2014 Ford F150 Vin no. ending in 9539 with 9,000 miles in very good condition, located at 186 Perfetti Lane, Blairsville, PA 15717-7686** | | | | | |
| | | | Value $  **31,068.00** | | | | **45,918.76** | **14,850.76** |
| Account No. xxxx494-1 | | | 8/25/2010 Trailer Loan | | | | | |
| **Stearns Bank, N.A.** **Equipment and Finance Division** **500 13th Street** **PO Box 750** **Albany, MN 56307** | | - | **2009 Utility Trailer PT-445, Vin no. ending in 3604; 2009 Utility Trailer PT-446 Vin no. ending in 3605; 2009 Utility Trailer PT-447 Vin no. ending in 3606** | | | | | |
| | | | Value $  **54,000.00** | | | | **6,608.63** | **0.00** |
| Account No. | | | 5/13/13 Trailer Loan | | | | | |
| **Tri-State Trailer Sales, Inc.** **311 Grand Avenue** **Pittsburgh, PA 15225** | | - | **2011 Reitnouer Maxmiser Trailer  Vin no. ending in 4155; 2007 Fontaine Phantom Trailer Vin no. ending in 0141; 2007 Fontaine Phantom Trailer Vin no. ending in 0140** | | | | | |
| | | | Value $  **94,500.00** | | | | **39,409.84** | **0.00** |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 737,838.58 | 282,468.80 |
| Total (Report on Summary of Schedules) | 1,655,667.23 | 471,424.54 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Perfetti Trucking, Inc.**                      ,    Case No. _____

                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Perfetti Trucking, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br><br>August J. Janicsko<br>108 Moose Hill Road<br>Vintondale, PA 15961 | - | | | 2/11/2015<br><br>Wages | | | | 949.93 | 0.00 | 949.93 |
| Account No.<br><br>Brian James Dunmire<br>264 Marshall Heights<br>Blairsville, PA 15717 | - | | | 2/11/2015<br><br>Wages | | | | 930.53 | 0.00 | 930.53 |
| Account No.<br><br>Dale R. Cravener<br>214 Old Route 217<br>Derry, PA 15627 | - | | | 2/11/2015<br><br>Wages | | | | 641.85 | 0.00 | 641.85 |
| Account No.<br><br>Dennis Kimble<br>3344 East Pike Road<br>Indiana, PA 15701 | - | | | 2/11/2015<br><br>Wages | | | | 962.80 | 0.80 | 962.00 |
| Account No.<br><br>Eric J. Tegethoff<br>100 Shady Drive<br>Indiana, PA 15701 | - | | | 2/11/2015<br><br>Wages | | | | 3,925.00 | 0.00 | 3,925.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.80 | |
| (Total of this page) | 7,410.11 | 7,409.31 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Perfetti Trucking, Inc.**                                                    ,    Case No. _____
                                        **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2/11/2015 | | | | | |
| Franklin J. Welch Jr. PO Box 120 Cairnbrook, PA 15924 | | - | Wages | | | | 1,054.56 | 0.00 / 1,054.56 |
| Account No. | | | 2/11/2015 | | | | | |
| Gary Paul Smidga 24 North Lincoln St. Homer City, PA 15748 | | - | Wages | | | | 1,016.05 | 0.00 / 1,016.05 |
| Account No. | | | 2/11/2015 | | | | | |
| John A. Perfetti 151 11th St. PO Box 37 Lucernemines, PA 15754 | | - | Wages | | | | 1,634.61 | 0.00 / 1,634.61 |
| Account No. | | | 2/11/2015 | | | | | |
| Kenneth D. Locher 105 Church Street Weirton, WV 26062 | | - | Wages | | | | 420.00 | 0.00 / 420.00 |
| Account No. | | | 2/11/2015 | | | | | |
| Marcie R. Gallo-Perfetti 143 Hunter Road Blairsville, PA 15717 | | - | Wages | | | | 600.00 | 0.00 / 600.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,725.22 | 4,725.22 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Perfetti Trucking, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark Wayne Oberheu**<br>**136 3rd Street**<br>**Johnstown, PA 15909** | - | | 2/11/2015<br><br>**Wages** | | | | 941.58 | 0.00<br><br>941.58 |
| Account No.<br><br>**Ronald F. Mack**<br>**121 Liekert Ave.**<br>**Black Lick, PA 15716** | - | | 2/11/15<br><br>**Wages** | | | | 1,422.15 | 0.00<br><br>1,422.15 |
| Account No.<br><br>**Timothy L. Henry**<br>**60 Edgewood Street**<br>**Blairsville, PA 15717** | - | | 2/11/2015<br><br>**Wages** | | | | 678.75 | 0.00<br><br>678.75 |
| Account No.<br><br>**Tom Pritt Jr.**<br>**10990 North 400 West**<br>**Wheatfield, IN 46392** | - | | 2/11/2015<br><br>**Wages** | | | | 1,128.86 | 0.00<br><br>1,128.86 |
| Account No.<br><br>**William D. Eppley**<br>**PO Box 265**<br>**Blairsville, PA 15717** | - | | 2/11/2015<br><br>**Wages** | | | | 1,060.86 | 0.00<br><br>1,060.86 |

Sheet **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 5,232.20 | 5,232.20 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Perfetti Trucking, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Commonwealth of PA** <br> **Office of Chief Counsel, UC Division** <br> **Attn: Jennifer Irvin, Esq.** <br> **301 Fifth Avenue, Suite 230** <br> **Pittsburgh, PA 15222-3713** | - | | No Money Believed to be Due and Owing. Listed for Notice Purposes Only. | X | X | X | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Commonwealth of PA Department of Labor & Industry** <br> **11 Stanwix Street, Suite 403** <br> **Pittsburgh, PA 15222** | - | | No Money Believed to be Due and Owing. Listed for Notice Purposes Only. | X | X | X | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. **L-003820** <br><br> **Commonwealth of PA Department of Revenue** <br> **Bureau of Compliance** <br> **PO BOX 280946** <br> **Harrisburg, PA 17128-0947** | - | | Fuels Use Tax State Tax Lien | | | | 0.00 <br><br> 184.99 | 184.99 |
| Account No. <br><br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | 2014 <br><br> 2014 3rd Quarter Taxes | | | | 0.00 <br><br> 7,071.86 | 7,071.86 |
| Account No. <br><br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | 2014 <br><br> 2014 4th Quarter Taxes | | | | 0.00 <br><br> 5,267.61 | 5,267.61 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 12,524.46 / 12,524.46 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Perfetti Trucking, Inc.**                                                  ,    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pennsylvania Department of Revenue**<br>**Department 280946**<br>**Harrisburg, PA 17128-0946** | - | | **No Money Believed to be Due and Owing. Listed for Notice Purposes Only.** | X | X | X | 0.00 | 0.00<br><br>0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00<br>0.00 |
| Total (Report on Summary of Schedules) | 29,891.99 | 0.80<br>29,891.19 |

B6F (Official Form 6F) (12/07)

In re    **Perfetti Trucking, Inc.**                         Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express<br>PO Box 1270<br>Newark, NJ 07101** | - | | 11/7/2008<br>**Business Expenses** | | | | 14,625.49 |
| Account No. **DEC2013 / DEC2014**<br><br>**Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272** | | | 12/20/2013<br>**Business Expenses** | | | | 744.19 |
| Account No. **xx0928**<br><br>**Central Hydraulics, Inc.<br>4183 Cove Mountain Road<br>Roaring Spring, PA 16673** | - | | 11/11/14<br>**Filters for Trucks** | | | | 817.31 |
| Account No. **NOV2010**<br><br>**CitiBusiness Card<br>Processing Center<br>Des Moines, IA 50363-0005** | - | | 11/18/2010<br>**Business Expenses** | | | | 18,679.13 |

   **6**    continuation sheets attached

| | Subtotal<br>(Total of this page) | 34,866.12 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2110**<br><br>CRS, Inc.<br>890 Old William Penn Highway<br>Blairsville, PA 15717 | - | | 10/24/2014<br>Moved Phone System to other office | | | | 2,784.58 |
| Account No. **xxx-x1005**<br><br>Cummins Bridgeway, LLC<br>4494 Solutions Center<br>Chicago, IL 60677-4004 | - | | 8/25/2014<br>Repairs | | | | 627.00 |
| Account No.<br><br>Davis Lane<br>176 Kennel Road<br>Waynesburg, PA 15370 | - | | 10/17/2014<br>Independant Contractor | | | | 37,107.66 |
| Account No.<br><br>Del Boring Tire Service, Inc.<br>1050 Eisenhower, Blvd.<br>Johnstown, PA 15904 | - | | 4/15/1980<br>No Money Believed to be Due and Owing.<br>Listed for Notice Purposes Only. | | | X | 0.00 |
| Account No. **xx2199**<br><br>Fleet One<br>5042 Linbar Drive<br>Nashville, TN 37211 | - | | 12/26/2014<br>Fuel Expenses | | | | 26,863.78 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,383.02

B6F (Official Form 6F) (12/07) - Cont.

In re **Perfetti Trucking, Inc.** ,                                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **145921**<br><br>**Good Tire Service**<br>**13616 State Route 422**<br>**Kittanning, PA 16201** | - | | 07/23/2014<br>**Tire Expenses** | | | | 14,334.00 |
| Account No. **xxx-xxx9634**<br><br>**Goodyear Commercial Tire**<br>**7565 Rt 30**<br>**Ste. 200**<br>**Irwin, PA 15642** | - | | 10/08/2014<br>**Tire Purchases** | | | | 4,999.27 |
| Account No. **WO14893**<br><br>**H&P Sales & Service, Inc.**<br>**399 East U.S. 30**<br>**Valparaiso, IN 46383** | - | | 4/26/2012<br>**Front End Loader Repair** | | | | 8,928.63 |
| Account No. **xxxxxx3000**<br><br>**Health America**<br>**P.O. Box 67103**<br>**Harrisburg, PA 17106** | - | | 01/2014<br>**Health insurance premium** | | | | 9,657.82 |
| Account No. **xx xx5361**<br><br>**Hireright Solutions, Inc.**<br>**PO Box 847783**<br>**Dallas, TX 75284** | - | | 12/31/2014<br>**Subscriptions** | | | | 24.04 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,943.76

B6F (Official Form 6F) (12/07) - Cont.

In re **Perfetti Trucking, Inc.** ,                      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DEC/2014** <br><br> **Indiana Regional Medical Center CTR** <br> **Hospital Road** <br> **PO Box 788** <br> **Indiana, PA 15701** | - | | 12/12/2014 <br> Physicals | | | | 190.00 |
| Account No. **xxxx9187** <br><br> **Interstate Battery Sys. of NE** <br> **103 Sandy Creek Road** <br> **Verona, PA 15147** | - | | 12/10/2014 <br> Batteries | | | | 1,095.40 |
| Account No. **xxxxxx9525** <br><br> **J.J. Keller & Associates, Inc.** <br> **PO Box 548** <br> **Neenah, WI 54957** | - | | 10/13/2014 <br> Subscriptions | | | | 421.88 |
| Account No. **10576** <br><br> **Joyce Plumbing Heating & Air, Inc.** <br> **421 Lear Road** <br> **Blairsville, PA 15717** | - | | 1/19/2015 <br> Heater Repair | | | | 625.23 |
| Account No. **20234** <br><br> **Les Frickshun Products, Inc.** <br> **PO Box 426** <br> **Reno, PA 16343** | - | | 12/16/2014 <br> Oil Expenses | | | | 617.80 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 2,950.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.** _____ ,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **57166**<br><br>**Lynx Enterprises, Inc.**<br>**2184 Schlichter Drive**<br>**Hamilton, OH 45015** | | - | | **6/10/2014**<br>**Preassure Washer Repair** | | | | 2,143.56 |
| Account No. **xxxx/2014**<br><br>**Pennview Equipment Co., Inc.**<br>**592 Penn View Road**<br>**Blairsville, PA 15717** | | - | | **9/30/2014**<br>**Truck Repairs** | | | | 6,339.62 |
| Account No. **DEC2011**<br><br>**PNC Bank**<br>**2730 Liberty Avenue**<br>**Pittsburgh, PA 15222** | | - | | **12/9/2011**<br>**Business debt/line of credit** | | | | 8,749.86 |
| Account No. **x1253**<br><br>**S&T Bank**<br>**P.O. Box 190**<br>**Indiana, PA 15701** | | - | | **4/29/2014**<br>**Line of credit/business loan** | | | | 8,502.23 |
| Account No. **xxxxx5-001**<br><br>**Satterlee Leasing, Inc.**<br>**12475 Route 119 Hwy North**<br>**Rochester Mills, PA 15771** | | - | | **5/20/2005**<br>**Fuel Expenses** | | | | 38,000.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **63,735.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Perfetti Trucking, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0005**<br><br>**Shamrock Utility Trls, Inc.**<br>**500 North Center Street**<br>**New Stanton, PA 15672** | - | | 7/29/2014<br>**Repairs** | | | | 1,289.30 |
| Account No.<br><br>**Union Electric Steel**<br>**726 Bell Avenue**<br>**Carnegie, PA 15106** | - | | **Advance on Freight** | | | | 30,000.00 |
| Account No. **2010120605036**<br><br>**Vuono & Gray, LLC**<br>**2310 Grant Building**<br>**Pittsburgh, PA 15219** | | | 12/6/2010<br>**Legal Fees** | | | | 593.76 |
| Account No. **DEC/2014**<br><br>**Walmart Business/Syncb**<br>**PO Box 530934**<br>**Atlanta, GA 30353** | - | | 12/22/2014<br>**Supplies** | | | | 522.96 |
| Account No. **xxxxxxxx3944**<br><br>**Webster Capital Finance**<br>**PO Box 330**<br>**Farmington, CT 06034** | - | | 5/30/2012<br>**Debt owed for 4 Trailers returned to creditor.** | | X | X | 36,216.81 |

Sheet no. __5__ of __6__ sheets attached to Schedule of    Subtotal                68,622.83
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Perfetti Trucking, Inc.** _____ ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **44905** <br><br> **Yoder Equipment & Service** <br> **8339 Somerset Pike** <br> **Boswell, PA 15531** | - | | | 1/3/15 <br> Equipment | | | | 1,558.09 |
| Account No. **4419** <br><br> **Young's Sandblasting** <br> **900 Shady Grove Road** <br> **New Florence, PA 15944** | - | | | 12/15/2014 <br> Trailer Repair | | | | 4,862.50 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 6,420.59 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 281,921.90 |

B6G (Official Form 6G) (12/07)

.

In re   **Perfetti Trucking, Inc.**                                                     ,   Case No. _____

                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CIT Finance LLC**<br>**1 CIT Drive**<br>**Livingston, NJ 07039** | **Lease of Phone System for $528.48 per month,**<br>**Lease runs through November 1, 2016** |
| **Penneco**<br>**6608 Route 22**<br>**Delmont, PA 15626-2408** | **Debtor recieves $300.00 a month for Billboard on**<br>**Debtors Property, Contract is annual** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Perfetti Trucking, Inc.**_____,    Case No. _____
                          Debtor

# SCHEDULE H - CODEBTORS

　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John A. Pefetti**<br>**151 11th St.**<br>**P.O. Box 37**<br>**Lucernemines, PA 15754** | **Marion Center Bank**<br>**Indiana Office**<br>**1271 Indian Springs Road**<br>**PO Box 130**<br>**Indiana, PA 15701-0130** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re    **Perfetti Trucking, Inc.**                Case No. _____

                                 Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____

                                                      Debtor

Date _____           Signature: _____

                                              (Joint Debtor, if any)

                                 [If joint case, both spouses must sign.]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the _____**President**_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____**corporation**_____ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 24, 2015** _____      Signature: **/s/ John A. Perfetti** _____

                                                **John A. Perfetti**

                                         [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re  **Perfetti Trucking, Inc.**                                          Case No.
                                                Debtor(s)          Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,528,349.00 | **2013: Debtor Gross Reciepts** |
| $3,219,057.99 | **2014: Debtor Gross Reciepts** |
| $281,922.73 | **2015 YTD: Debtor Gross Reciepts** |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $600.00 | **2015 YTD: Debtor Income from Billboard on Property** |

---

B7 (Official Form 7) (04/13)                                                                                                          2

| AMOUNT | SOURCE |
|---|---|
| **$3,600.00** | **2014: Debtor Income from Billboard on Property** |
| **$3,600.00** | **2013: Debtor Income from Billboard on Property** |

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Marion Center Bank Indiana Office 1271 Indian Springs Road PO Box 130 Indiana, PA 15701-0130** | **November 2014** | **$8,831.79** | **$615,930.06** |
| **S&T Bank Resort Plaza Office 111 Resort Plaza Drive Blairsville, PA 15717** | **November 2014, December 2014, January 2015** | **$6,300.00** | **$8,502.23** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*[*] Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ■ | |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| :---: | :---: | :---: |

---

**5. Repossessions, foreclosures and returns**

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ☐ | |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| :--- | :--- | :--- |
| **Webster Capital Finance PO Box 330 Farmington, CT 06034** | **12/2012** | **4 Used 2005 Utility Model 3000R 53'X102" Air Ride Refridgerated Van Trailers with Carrier Ultra UTC Unit** |

---

**6. Assignments and receiverships**

| None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ■ | |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| :---: | :---: | :---: |

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| :---: | :---: | :---: | :---: |

---

**7. Gifts**

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| :---: | :--- |
| ☐ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| :--- | :--- | :--- | :--- |
| **Blairsville Rotary Club** | **none** | **4/9/2014** | **$175.00 Donation** |
| **Indiana Lions Club** | **none** | **5/1/2014** | **$100.00 Donation** |
| **Blairsville Little League** | **none** | **5/6/2014** | **$950.00 2014 Partnership** |
| **St. Simon and Jude Church** | **none** | **7/21/2014** | **$500.00 Donation** |
| **Blairsville Boilermaker Football** | **none** | **8/1/2014** | **$250.00 Donation** |

B7 (Official Form 7) (04/13)                                                                                                                4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **West Point Little League** | **none** | **8/15/2014** | **$275.00 Donation** |
| **Multimedia Sales and Marketing** | **none** | **9/1/2014** | **$298.00 Donation** |
| **Blairsville Library Charitable** | **none** | **9/8/2014** | **$375.00 Donation** |
| **Blairsville Volunteer Fire Company** | **none** | **10/1/2014** | **$100.00 Donation** |
| **Indiana Lions Club** | **none** | **10/15/2015** | **$100.00 Donation** |

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Delaney & Fritz, PC**<br>**936 Philadelphia St.**<br>**First Floor**<br>**Indiana, PA 15701** | **2/4/2015** | **$50.00 for Judgement Search** |
| **Spence, Custer, Saylor, Wolfe &Rose, LLC**<br>**P.O.Box 280**<br>**400 Ameriserv Financial Building**<br>**Johnstown, PA 15907-0280** | **2/9/2015** | **$525.00 Legal Fees** |
| **Spence, Custer, Saylor, Wolfe &Rose, LLC**<br>**P.O.Box 280**<br>**400 Ameriserv Financial Building**<br>**Johnstown, PA 15907-0280** | **2/17/2015** | **$1,393.00 legal Fees** |
| **Spence, Custer, Saylor, Wolfe &Rose, LLC**<br>**P.O.Box 280**<br>**400 Ameriserv Financial Building**<br>**Johnstown, PA 15907-0280** | **2/24/2015** | **$2,700.00 for legal fees** |
| **Spence, Custer, Saylor, Wolfe &Rose, LLC**<br>**P.O.Box 280**<br>**400 Ameriserv Financial Building**<br>**Johnstown, PA 15907-0280** | **1/28/2015 and 2/5/2015** | **$2,500.00 Retainer paid on 1/28/2015; $6,100.00 towards retainer on 2/5/2015 and $1,717.00 Chapter 11 Filing Fee** |

B7 (Official Form 7) (04/13)                                                                                                    5

---

### 10. Other transfers

None

☐

    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Tri-State Trailer Sales, Inc.**<br>**311 Grand Avenue**<br>**Pittsburgh, PA 15225**<br>   **none** | **5/13/2013** | **1998 Utility Trailer P-7660 Recieved $2,000 on trade in towards new trailers** |
| **Tri-State Trailer Sales, Inc.**<br>**311 Grand Avenue**<br>**Pittsburgh, PA 15225**<br>   **none** | **5/13/2013** | **1992 Reitnouer Trailer P-7661 recieved $2,750.00 towards trade in on new trailers** |
| **Tri-State Trailer Sales, Inc.**<br>**311 Grand Avenue**<br>**Pittsburgh, PA 15225**<br>   **none** | **5/13/2013** | **1990 Ravens Trailer P-7662 Recieved $4,000.00 towards trade in on new trailers** |
| **Tri-State Trailer Sales, Inc.**<br>**311 Grand Avenue**<br>**Pittsburgh, PA 15225**<br>   **none** | **5/13/2013** | **2006 Utility Trailer P-7663 recieved $12,000.00 towards trade in on new trailers** |
| **Tri-State Trailer Sales, Inc.**<br>**311 Grand Avenue**<br>**Pittsburgh, PA 15225**<br>   **none** | **5/13/2013** | **2006 Utility Trailer P-7664 recieved $12,000.00 towards trade in on new trailers** |
| **William Cruley**<br>**246 Snyder Road**<br>**Johnstown, PA 15909**<br>   **none** | **2/26/2013** | **PV-266 Trailer $1,500.00** |
| **Weimers Scrap Yard**<br>**5369 Tunnelton Road**<br>**Saltsburg, PA 15681**<br>   **none** | **8/27/2013** | **PT-201, PT-9909, PT-9916, PT-9928 Trailers, recieved $3,545.60** |
| **Taylor & Martin**<br>**PO Box 349**<br>**Fremont, NE 68026-0349**<br>   **none** | **3/1/2013** | **PRV 335, 385, 388, 390, 393, 414, 415, 416, 417; PV 372, 373, 408, 409 Trailers; recieved $99,506.25** |
| **Taylor & Martin**<br>**PO Box 349**<br>**Fremont, NE 68026-0349**<br>   **none** | **3/1/2013** | **PTK-9931 Trailer; recieved $11,895.00** |
| **Weimers Scrap Yard**<br>**5369 Tunnelton Road**<br>**Saltsburg, PA 15681**<br>   **none** | **8/27/2013** | **PT-9901, 9906, 9911, 9939, 9943, 9945, 9946, 9951, 9952 Trailers; recieved $5,000.00** |
| **A.J. Peachy**<br>**72 Barville Road**<br>**Belleville, PA 17004**<br>   **none** | **9/9/2013** | **PRV-383 Trailer, recieved $2,500.00** |
| **Iceland, Inc.**<br>**211 Huff Ave.**<br>**Suite G**<br>**Greensburg, PA 15601-5382**<br>   **none** | **1/21/2013** | **PRV-386 & 391 Trailers, received $9,000.00** |

B7 (Official Form 7) (04/13)                                                                                      6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Luthor Ford Lincoln**<br>**3629 Route 119 Hwy South**<br>**Homer City, PA 15748**<br>  none | 5/14/2014 | **2010 Chrysler 300 C AWD Trade in on 2014 Ford F150** |
| **Tri-Star F-M-C-D-J-S-K**<br>**PO Box 307**<br>**930 Route 22 West**<br>**Blairsville, PA 15717**<br>  none | 5/8/2012 | **2005 Dodge Durango traded in on 2012 Dodge Durango** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          7

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    8

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Perfetti Trucking, Inc.** | **25-1568100** | **186 Perfetti Lane Blairsville, PA 15717** | **Trucking Company** | **5/27/1980 - Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                           ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                         DATES SERVICES RENDERED
**Duane M. Ponko, CPA**
**613 Tollgate Ln**
**Delmont, PA 15626-1262**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS
**Marion Center Bank**                                       **Indiana Office**
                                                             **1271 Indian Springs Road**
                                                             **PO Box 130**
                                                             **Indiana, PA 15701-0130**

B7 (Official Form 7) (04/13)                                                                                                          9

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Marion Center Bank** | **past 2 years** |
| **Indiana Office** | |
| **1271 Indian Springs Road** | |
| **PO Box 130** | |
| **Indiana, PA 15701-0130** | |

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **John A. Pefetti** | **President** | **96%** |
| **PO Box 37** | | |
| **151 11th Street** | | |
| **Lucernemines, PA 15754** | | |
| **John David Perfetti, II** | **Vice President** | **4%** |
| **143 Hunter Road** | | |
| **Blairsville, PA 15717** | | |

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John A. Pefetti**<br>**PO Box 37**<br>**151 11th Street**<br>**Lucernemines, PA 15754**<br>   **President** | **2014 Sallary** | **$63,999.96** |
| **John David Perfetti, II**<br>**143 Hunter Road**<br>**Blairsville, PA 15717**<br>   **Vice President** | **2014 Sallary** | **$69,212.50** |
| **John A. Perfetti**<br>**151 11th St. P.O. Box 37**<br>**Lucernemines, PA 15754**<br>   **President** | **2015 YTD: Salary** | **$10,666.66** |
| **John David Perfetti, II**<br>**143 Hunter Road**<br>**Blairsville, PA 15717**<br>   **Vice President** | **2015 YTD: Salary** | **$5,650.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)
**Lincoln Financial 401k Plan**                                     **25-1568100**

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 24, 2015**                          Signature   **/s/ John A. Perfetti**
                                                                 **John A. Perfetti**
                                                                 **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re  **Perfetti Trucking, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................ $ **250.00/hr attorney rate and $125.00 for paralegal rate**

Prior to the filing of this statement I have received ................................ $ **4,618.00 for legal fees plus $8,600.00 Retainer plus $1,717.00 Chapter 11 Filing Fee**

Balance Due ................................................................................ $ **TBD**

2.  The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed] See Fee Agreement

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  See Fee Agreement

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 24, 2015**

**/s/ Kevin J. Petak, Esq.**
**Kevin J. Petak, Esq.**
**Spence, Custer, Saylor, Wolfe & Rose, LLC**
**P.O.Box 280**
**400 Ameriserv Financial Building**
**Johnstown, PA 15907-0280**
**(814) 536-0735  Fax: (814) 539-1423**
**kpetak@spencecuster.com**

---

# United States Bankruptcy Court

## Western District of Pennsylvania - Johnstown Division

In re  **Perfetti Trucking, Inc.** ,  Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John A. Perfetti**<br>**151 11th St. P.O. Box 37**<br>**Lucernemines, PA 15754** | **Common Stock** | **96%** | **President** |
| **John David Perfetti, II**<br>**143 Hunter Road**<br>**Blairsville, PA 15717** | **Common Stock** | **4%** | **Vice President** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 24, 2015**_____      Signature __**/s/ John A. Perfetti**_____

**John A. Perfetti**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re  **Perfetti Trucking, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 24, 2015**

**/s/ John A. Perfetti**

**John A. Perfetti/President**
Signer/Title

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

In re   **Perfetti Trucking, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Perfetti Trucking, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 24, 2015**

Date

/s/ **Kevin J. Petak, Esq.**

**Kevin J. Petak, Esq.**

Signature of Attorney or Litigant

Counsel for   **Perfetti Trucking, Inc.**

**Spence, Custer, Saylor, Wolfe & Rose, LLC**

**P.O.Box 280**
**400 Ameriserv Financial Building**
**Johnstown, PA 15907-0280**
**(814) 536-0735 Fax:(814) 539-1423**
**jwalsh@spencecuster.com**